| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLFORM, et al., | Case No.  1:20-cv-00989-DAD-SAB |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE COEY HENSON AS A PARTY IN THIS ACTION |
| v. | |
| CITY OF CERES, et al., | (ECF No. 9) |
| Defendants. | |

On August 12, 2020, Plaintiffs filed a notice of dismissal of Defendant Coey Henson pursuant to Federal Rule of Civil Procedure 41(a).  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Here, no defendant has filed an answer or motion for summary judgment.

"The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).)  "The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice." Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993)); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims

against one defendant, so that a defendant may be dismissed from the entire action."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Coey Henson as a defendant in this action.

IT IS SO ORDERED.

Dated: **August 12, 2020**

UNITED STATES MAGISTRATE JUDGE