# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLFORM, et al., | Case No. 1:20-cv-00989-DAD-SAB |
| Plaintiffs, | ORDER DISCHARGING AUGUST 11, 2021 ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 25, 28) |
| CITY OF CERES, et al., | |
| Defendants. | |

A scheduling conference in this action was held on August 11, 2021 at 3:00 p.m., before the undersigned. (ECF No. 24.) Counsel for Plaintiffs, J. Michael Brown, failed to appear at the scheduling conference. (ECF No. 26.) On August 11, 2021, an order to show cause issued requiring Plaintiffs to show cause why sanctions should not be imposed for the failure to attend. (ECF No. 25.) On August 13, 2021, a response to the order to show cause was filed explaining that Plaintiffs' counsel participated in the drafting of the joint scheduling report, was unable to connect due to technical difficulties, and accepts the dates entered in the scheduling order without objection. (ECF No. 28.) The Court finds good cause to discharge the order to show cause.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the August 11, 2021 order to show cause (ECF NO. 25) is HEREBY DISCHARGED.

Counsel is reminded that technical difficulties is not a per se sufficient rationale for a failure to attend and/or a failure to notify the Court THEN, through the Courtroom Clerk, that technical difficulties were occurring. Counsel should have signed in earlier to ensure no difficulties. The phone was an available option.

IT IS SO ORDERED.

Dated: __**August 16, 2021**__

UNITED STATES MAGISTRATE JUDGE