# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLFORM, et al., | Case No. 1:20-cv-00989-DAD-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 27, 31) |
| CITY OF CERES, et al., | |
| Defendants. | |

A scheduling order for this matter issued on August 12, 2021.  (ECF No. 27.)

On March 1, 2022, the parties submitted a stipulated request to modify the schedule. (ECF No. 31.)  The parties proffer defense counsel will be leaving his firm and, due to a lack of personnel capacity, Defendant must retain a new firm.  The parties therefore seek the modifications to permit new counsel be retained and get up to speed on the case.  The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery Cuttoff: **May 31, 2022**;
2. Dispositive Motion Filing Date: **July 1, 2022**;
3. Expert Disclosure Deadline: **July 22, 2022**;

1

    4.       Expert Discovery Cutoff: **August 26, 2022**;[1]

    5.       Pretrial Conference: **February 13, 2023**, **at 1:30 p.m.**, in Courtroom 5 before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **March 2, 2022**

                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation indicates the requested new date for the expert discovery cutoff be modified from June 20, 2022 to August 26, 2020, which the Court presumes is a typo and has corrected to August 26, 2022 herein.