# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLFORM, et al., | Case No. 1:20-cv-00989-DAD-SAB |
| Plaintiffs, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| CITY OF CERES, et al., | (ECF No. 33) |
| Defendants. | **DEADLINE: AUGUST 22, 2022** |

On June 22, 2022, the parties filed a notice of settlement, in which they indicate they have "reached a tentative settlement of this matter." (ECF No. 33.) The parties request that all dates be vacated and that the Court retain jurisdiction for ninety days to enforce the terms of the settlement. The parties proffer the basis for retaining jurisdiction is that the terms of the settlement involve completion of the process to secure a factual finding of innocence in the superior court pursuant to California Penal Code § 85108.

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not request additional time to file the dispositional documents or expressly proffer good cause exists to do so, though the Court infers from the parties' reference to the pending state court matter that additional time is sought. Accordingly, the Court finds sufficient good cause exists to extend the Rule 160 deadline and shall order dispositional documents be filed within sixty days. However, the parties are advised

that no further extensions of time shall be granted absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272).

Further, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **August 22, 2022**.

IT IS SO ORDERED.

Dated: __**June 23, 2022**__

UNITED STATES MAGISTRATE JUDGE