# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLFORM, et al., | Case No. 1:20-cv-00989-DAD-SAB |
| Plaintiffs, | ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED |
| v. | (ECF No. 35) |
| CITY OF CERES, et al., | |
| Defendants. | |

On June 22, 2022, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 33.) The Court vacated all pending matters and dates and ordered the parties to file dispositional documents no later than August 22, 2022. (ECF No. 34.)

On August 17, 2022, the parties filed a stipulated request for an extension of time to file dispositional documents. (ECF No. 35.) The parties proffer their efforts to fully execute the settlement documents was delayed due to becoming "mangled" in the U.S. Mail, and needed to be re-circulated. The parties aver diligence and cooperation and request an extension of thirty day s to file the dispositional documents. The Court finds sufficient cause exists to grant the requested extension, up to September 22, 2022, to file the dispositional documents. However, the parties

1

are advised that no further extensions of time shall be granted absent a strong showing of good cause.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents **no later than September 22, 2022**. Failure to comply with the Court's order may result in the imposition of sanctions, including monetary sanctions against all parties and their attorneys of record and dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 18, 2022**

UNITED STATES MAGISTRATE JUDGE